UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                                    Chapter 11
                                                                               Case No. 18-75875-las
        ZOLTAN KAROLY KOVACS,

                Debtors.
------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the undersigned appears as the attorney for 30 Thompson AW Holdings, LLC, and 9 Minetta AW Holdings, LLC and pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedures and 11 U.S.C§1109(b), demands that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the office set forth below.

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also, includes, without limitation, orders and notices of any application, motion, schedules, disclosure statement, plan, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, fax or otherwise, which affect or seek to affect in any way any the rights or interests of the undersigned party in interest with respect to the estate of the above named Debtor or the property of the estate of the above named Debtor.

DATED: Islandia, New York           MACCO & STERN, LLP
        November 20, 2018            Attorneys for 30 Thompson AW Holdings LLC
                                                      9 Minetta AW Holdings LLC

                               By:    /s/Cooper Macco
                                        Cooper Macco, Esq.
                                        2950 Express Drive South
                                        Suite 109
                                        Islandia, New York 11749
                                        631-549-7900