# Weinberg, Gross & Pergament LLP
## ATTORNEYS AT LAW
Suite 403
400 Garden City Plaza
Garden City, New York 11530

Marc A. Pergament
*Partner*

Telephone: (516) 877-2424 Ext. 226
Facsimile: (516) 877-2460
Email: mpergament@wgplaw.com

December 4, 2018

VIA ECF
Mr. Robert A. Gavin, Jr.
Clerk of the Court
United States Bankruptcy Court
Alfonse M. D'Amato Courthouse
290 Federal Plaza
Central Islip, New York  11722-9013

Re: Peter Kovacs
Case No. 818-75874-845

Dear Mr. Gavin:

This firm has been retained as new counsel for the Debtor in the above-referenced Chapter 7 case. A copy of the consent to change attorney is enclosed.

Should you have any questions, please contact me.

Very truly yours,

Marc A. Pergament

MAP:js
enclosure

cc: Via E-Mail - Christine.H.Black@usdoj.gov
Christine H. Black, Esq.
Office of the United States Trustee
(w/enclosure)

Via E-Mail - amendelsohn@amendelsohnlaw.com
Allan B. Mendelsohn, Esq.
Allan B. Mendelsohn, LLP
(w/enclosure)